UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

Case No. 24-23028-LMI

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

Chapter 11

     Debtors.

(Jointly Administered)

_____/

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

Adv. Proc. No. 25-01110-LMI
Chapter 11

     Plaintiffs,

CIRRUS 340BB LENDER LLC and
CIRRUS REAL ESTATE FUNDING LLC

     Defendants.

_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE**

Please take notice that Jeffrey P. Shapiro, Esq. of the law firm of Pardo Jackson Gainsburg & Shelowitz, PL hereby files this Notice of Appearance on behalf of Debtors/Plaintiffs BH Downtown Miami, LLC and 340 Biscayne Owner LLC in the above-captioned adversary proceeding, and requests that he be served with copies of notices, pleadings, motions, orders and other documents filed in this case as follows:

     Jeffrey P. Shapiro, Esq.
     Pardo Jackson Gainsburg & Shelowitz, PL
     100 S.E. Second Street, Suite 2050
     Miami, Florida 33131
     Telephone: (305) 358-1001
     Facsimile: (305) 358-2001
     Email Address:  jeffreypshapiro@gmail.com
                   cfernandez@pardojackson.com

Dated:    August 26, 2025               Respectfully submitted,

                                        **PARDO JACKSON GAINSBURG &
                                        SHELOWITZ, PL**
                                        *Counsel for  BH Downtown Miami, LLC and
                                        340 Biscayne Owner LLC*
                                        100 Southeast 2nd Street, Suite 2050
                                        Miami, Florida 33131
                                        Telephone: (305) 358-1001
                                        Facsimile: (305) 358-2001
                                        Email Address:   jeffreypshapiro@gmail.com
                                                         cfernandez@pardojackson.com

                                        By: Jeffrey P. Shapiro
                                        Jeffrey P. Shapiro
                                        Florida Bar No. 352284


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August

26, 2025 via the Court's CM/ECF system upon those registered to receive electronic service.


                                        By: Jeffrey P. Shapiro
                                        Jeffrey P. Shapiro