**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC,

　　　　Debtors.

_____/

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

　　　　Plaintiffs,

CIRRUS 340BB LENDER LLC, AND
CIRRUS REAL ESTATE FUNDING LLC

　　　　Defendants.

_____/

Case No. 24-23028-LMI

Chapter 11

(Jointly Administered)

Adv Proc. NO. 25-01110-LMI

Chapter 11

## NOTICE TO WITHDRAW DOCUMENT

Cristiane Bomeny, Individually, by and through undersigned counsel, hereby gives notice

to withdraw ECF 181, its *Motion to Seal Deposition of Cristiane Bomeny*, electronically filed on

February 2, 2026.

　　　　　　Respectfully submitted,
　　　　　　**Aaronson Schantz Beiley P.A.**

　　　　　　s/ *Geoffrey S. Aaronson*
　　　　　　Geoffrey S. Aaronson, Esq.
　　　　　　Fla. Bar No. 349623
　　　　　　One Biscayne Tower, Suite 3450
　　　　　　2 S. Biscayne Boulevard
　　　　　　Miami, Florida 33131
　　　　　　Email: gaaronson@aspalaw.com
　　　　　　Phone: (786) 594-3000
　　　　　　Fax: (305) 424-9336
　　　　　　*Attorney for Equity Interests*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served on all electronic notice parties via Court's CM/ECF service on February 3, 2026.


s/ *Geoffrey S. Aaronson*
Geoffrey S. Aaronson, Esq.

Aaronson Schantz Beiley P.A. | One Biscayne Tower, Suite 3450| 2 South Biscayne Boulevard | Miami, Florida 33131 | Tel 786.594.3000 | Fax 305.424.9336